The People of the State of New York v. Isaac Goodman.— Motion granted.

The People of the State of New York v. Charles E. Ackron.— Motion granted.

Samuel Wormser v. William Gehri and Another.— Motion granted, with ten dollars costs.

James Shirley v. Lee S. Bernheim.— Motion denied, with ten dollars costs.

Harris H. Uris v. Brackett Realty Company.— Motion denied, with ten dollars costs.

Charles M. Myers v. Frank K. Sturgis and Others.— Motion granted; questions certified.

Charles D. Fox v. Bessie F. Smith.— Motion granted; question to be certified on settlement of order.   Settle order on notice.

J. Quintus Cohen v. American Surety Company.— Motion granted; questions certified.

Andrew Friedman v. Maryland Casualty Company.— Motion denied, with ten dollars costs.

John N. Drake and Another v. Walter B. La Chicotte and Another.— Motion denied, with ten dollars costs.

In the Matter of the Department of Parks.  In the Matter of Harney.— Reference ordered.   Settle order on notice.

Cornelius E. Byrne v. Fremont Realty Company.— Motion denied, with ten dollars costs.   Settle order on notice.

Van Kannel Revolving Door Company v. John J. Astor and Others.— Motion denied, with ten dollars costs.   Settle order on notice.

Abraham Lakowshowsky v. Utopia Land Company.— Application granted. Order signed.

Ætna Elevator Company v. Richard Deeves.— Application granted.   Order signed.

Mark N. Cormack v. New York, New Haven and Hartford Railroad Company. — Application granted.   Order signed.

Minnie Comerford v. George W. Bristol.  Samuel Cohn v. George Tomes. Herbert E. Norwood v. Preferred Accident Insurance Company.  Eldaen Realty Company v. Max E. G. Bensamon.  Leon Gorditzer v. Morris Levenson.  Ellen R. Dorsett v. Doubleday & Company.  Adolph Barth v. James Blaine.  Anna Rosenberg v. George Jacobson.  C. Albert Jacob v. Antoinette Kellogg.  Innovation Trunk Company v. Arthur C. Platt.  Julius Stern v. Barrett Chemical Company.— Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case.   Orders signed.

William Carter, Appellant, v. Builders Construction Company and Others, Impleaded with Italian Swiss Colony, Respondent..— Order affirmed, with ten dollars costs and disbursements.   No opinion.

James Kelly, as Administrator, etc., of Catharine Kelly, Deceased, Respondent, v. John Mulcahy, Appellant.— Judgment and order affirmed; with costs. No opinion.

David P. Canavan and Others, Respondents, v. Decauville Automobile Company, Appellant.— Judgment and order affirmed, with costs.   No opinion. (Houghton, J., dissenting.)